**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,              ) | |
|                                        ) | CR14-08043-001-PCT-MEA |
|          Plaintiff,                    ) | |
|                                        ) | **ORDER** |
| vs.                                    ) | |
|                                        ) | |
| Valgene Jackson, Jr.,                  ) | |
|                                        ) | |
|          Defendant.                    ) | |
|                                        ) | |

    The defendant appeared in court and admitted to violating his conditions of supervised released as alleged in Paragraphs B and D of the Petition to Revoke Supervised Release.

    IT IS ORDERED revoking the defendant's supervised release as unsuccessfully completed.

    IT IS FURTHER ORDERED that in addition to any time already served in this matter, the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **SIX (6) MONTHS.**

    IT IS FURTHER ORDERED that Paragraphs A and C are DISMISSED.

    IT IS RECOMMENDED that the defendant serve his sentence at the Coconino County Jail to allow defendant to immediately start his Coconino County Superior Court probation supervision upon release from federal custody.

    DATED this 8th day of December, 2014.

                                                       Mark E. Aspey
                                                     United States Magistrate Judge